**Abdullah Saleh ALSHEIKH, Plaintiff–Appellant,**

v.

**Steven MNUNCHIN \*; John A. Koskinen, in his official capacity as the Commissioner of the Internal Revenue Service, Defendants–Appellees.**

**No. 16–16609**

United States Court of Appeals, Ninth Circuit.

Submitted September 26, 2017 \*\*\*

OCTOBER 4, 2017

Abdullah Saleh Alsheikh, Saudi, Arabia, Pro Se.

Cynthia Lewis Stier, Esquire, Assistant U.S., DOJ–USAO, San Francisco, CA, Richard Caldarone, Teresa Ellen McLaughlin, Gilbert Steven Rothenberg, Esquire, Deputy Assistant Attorney General, U.S. Department of Justice, Washington, DC, for Defendants–Appellees.

Before: SILVERMAN, TALLMAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM \*\*

Abdullah Saleh Alsheikh appeals pro se from the district court's judgment dismissing for lack of standing his action alleging that the Foreign Account Tax Compliance Act violates his constitutional rights. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Wilson v. Kayo Oil Co.*, 563 F.3d 979, 980 (9th Cir. 2009). We affirm.

The district court properly dismissed Alsheikh's action because Alsheikh failed to allege facts sufficient to establish an injury in fact as required for Article III standing. *See Lujan v. Defenders of Wildlife*, 504 U.S. 555, 560–61, 112 S.Ct. 2130, 119 L.Ed.2d 351 (1992) (elements of Article III standing); *see also Clapper v. Amnesty Int'l USA*, 568 U.S. 398, 409, 133 S.Ct. 1138, 185 L.Ed.2d 264 (2013) ("[Threatened injury must be *certainly impending* to constitute injury in fact, and ... allegations of *possible* future injury are not sufficient." (citations and internal quotation marks omitted)).

**AFFIRMED.**

---

\* Steven Mnuchin has been substituted for his predecessor, Jacob J. Lew, as Secretary of the Treasury under Fed. R. App. P. 43(c)(2).

\*\*\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.